

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| KENNETH GUICE | CIVIL ACTION NO. 05-0340 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BLOUNT, INC. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss [Doc. No. 7] is GRANTED, and the case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

MONROE, LOUISIANA this 27 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE